# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 30, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

147013

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                SC: 147013
                                COA: 312441
                                Kent CC: 93-064278-FC

GREGORY WINES,
          Defendant-Appellant.

_____/

      By order of January 31, 2014, the application for leave to appeal the January 25, 2013 order of the Court of Appeals was held in abeyance pending the decisions in *People v Carp* (Docket No. 146478), *People v Davis* (Docket No. 146819), and *People v Eliason* (Docket No. 147428). On order of the Court, the cases having been decided on July 8, 2014, 496 Mich 440 (2014), the application is again considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 30, 2014


                                Clerk

p1215